# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL JAMES HORTON,

    Petitioner,

v.

CLARK E. DUCART,

    Respondent.

CASE NO. 2:15-CV-07847-RSWL (SK)

**JUDGMENT**

    Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 9/21/2017

s/ RONALD S.W. LEW
HON. RONALD S.W. LEW
U.S. DISTRICT JUDGE